Action by Joshua C. Saunders to enjoin the comptroller from conveying to the people certain land in Kings county. Defendants' demurrers were sustained, and plaintiff appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*George H. Pettit,* for appellant. *Charles F. Tabor,* Atty. Gen., for respondents.

Order affirmed, with costs. DYKMAN, J., dissenting.

---

### WEEKS *v.* BECKEN.

*(Supreme Court, General Term, Second Department.* February 11, 1889.)

Appeal from circuit court, Suffolk county.

Action for trespass to real property by William J. Weeks against John F. Becken. Verdict and judgment for defendant, and plaintiff appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Charles R. Smith,* for appellant. *George F. Stackpole* and *Timothy M. Griffing,* for respondent.

PRATT, J. The only question submitted to the jury was whether the parties had settled upon a line other and different from the mathematical line stated in the deed. There was testimony to the effect that the line had been located by consent, and the verdict shows the jury must have given credit to the evidence; otherwise the verdict must have been for the plaintiff. We think the evidence justifies the submission of the question to the jury, and that the verdict is properly supported. There are some exceptions to the exclusion of evidence offered by the plaintiff, but none of the testimony thus excluded bore upon the question submitted to the jury. The exclusion was therefore not prejudicial to the plaintiff, even if erroneous, of which we are not convinced. Judgment affirmed, with costs.

---

### GALE *v.* FITCHBURG R. CO., (two cases.)

*(Supreme Court, General Term, Third Department.* November 20, 1888.)

Appeal from special term, Rensselaer county.

Actions by John B. Gale against the Fitchburg Railroad Company. The facts in these cases are the same as in *Janes* v. *Railroad Co.,* 3 N. Y. Supp. 165, with which they were heard. Defendant appeals.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

*E. Cowen,* for appellant. *John B. Gale,* for respondent.

Judgment reversed, and a new trial granted, costs to abide the event. LEARNED, P. J., dissenting.

---

### CHRISTIAN, Respondent, *v.* THATCHER, Appellant.

*(Supreme Court, General Term, Third Department.* November 20, 1888.)

*Westbrook & Boist,* for appellant. *Stover & Nisbit,* for respondent.

No opinion. Motion to dismiss appeal denied, with $10 costs.